UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SON DANH,

                Petitioner,

                v.

JEFFERSON SESSIONS, Attorney
General; ELAINE DUKE, Acting Secretary
of Homeland Security; BRYAN S.
WILCOX, Acting Seattle Field Office
Director, U.S. Immigration and Customs
Enforcement; WARDEN of Immigration
Detention Facility; and the U.S.
Immigration and Customs Enforcement,

                Respondents.[1]

CASE NO. C18-7-RAJ-MAT

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF
TIME TO FILE RESPONDENTS'
RETURN

**Noted for Consideration On:
February 9, 2018**

      Pursuant to the Court's Order for Return and Status Report, § 2241 Petition

(RSR), Respondents' Return/Motion to Dismiss (Return) is due on February 9, 2018.

Due to unexpected developments that may affect Respondents' Return, Respondents have

requested—and Petitioner has agreed—to a brief extension of the deadline for the Return.

---

[1] On December 6, 2017, Kirstjen M. Nielsen was sworn in as the Secretary of Homeland Security. Therefore,
pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Kirstjen M. Nielsen is substituted for Elaine Duke
as a Respondent in this case.

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO FILE RESPONDENTS' RETURN
C18-7-RAJ-MAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Therefore, the parties HEREBY STIPULATE, AGREE, AND REQUEST that the

2    Court extend the deadline for Respondents' Return until Friday, February 16, 2018.

3

4    DATED this 9th day of February, 2018.

5

6    ANNETTE L. HAYES                    COREY ENDO
     United States Attorney              Federal Public Defender's Office
7

8     /s/ David R. East                    /s/ Corey Endo
     DAVID R. EAST, WSBA NO. 31481       COREY ENDO, WSBA No. 34270
9    Assistant United States Attorney    Federal Public Defender's Office
     United States Attorney's Office     1601 5th Ave, Suite 700
10   700 Stewart Street, Suite 5220      Seattle , WA 98101
     Seattle, Washington  98101-1271     Phone: 206-553-1100
11   Phone:  206-553-7970                Email: Corey_Endo@fd.Org
12   Fax:  206-553-4073
     Email: david.east@usdoj.gov
13

14   *Attorneys for Respondents*         *Attorney for Petitioner*

15

16   //

17   //

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the deadline for Respondents' Return/Motion to Dismiss (Return) is extended to February 16, 2018.

Dated this 12th day of February, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

 /s/ Corey Endo
COREY ENDO, WSBA No. 34270
Federal Public Defender's Office
1601 5th Ave, Suite 700
Seattle , WA 98101
Phone: 206-553-1100
Email: Corey_Endo@fd.Org

*Attorney for Petitioner*

ANNETTE L. HAYES
United States Attorney

 /s/ David R. East
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
Email: david.east@usdoj.gov

*Attorneys for Respondents*

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO FILE RESPONDENTS' RETURN
C18-7-RAJ-MAT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970