UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SON DANH,

                Petitioner,

   v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C18-0007-RAJ-MAT

REPORT AND RECOMMENDATION

This is an immigration habeas action. The parties have filed a stipulated motion to dismiss as moot. The Court recommends that the parties' stipulated motion (Dkt. 8) be GRANTED, and this action be DISMISSED with prejudice and without costs or fees to either party. A proposed order accompanies this Report and Recommendation. The Clerk should note this matter as immediately ready for the Honorable Richard A. Jones's consideration.

Dated this 20th day of February, 2018.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1