UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SON DANH,

                Petitioner,

v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C18-0007-RAJ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The parties' stipulated motion to dismiss (Dkt. 8) is GRANTED;

(3) This action is DISMISSED with prejudice and without costs or fees to either party;

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 20th day of March, 2018.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1